# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ASHLEY N. PORTER**                                          **CIVIL ACTION**

**VERSUS**

                                                              **NO. 16-100-JJB-RLB**

**KEVIN LONEY, ET AL**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on November 2, 2016.

                                              _____
                                              **RICHARD L. BOURGEOIS, JR.**
                                              **UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ASHLEY N. PORTER**                                    **CIVIL ACTION**

**VERSUS**

                                                        **NO. 16-100-JJB-RLB**

**KEVIN LONEY, ET AL**


## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION


Plaintiff initiated this personal injury action on or about January 14, 2016, naming as defendants Marten Transport Ltd. ("Marten Transport"), Kevin Loney, and State Farm Mutual Automobile Insurance Company ("State Farm"). (R. Doc. 1-1 at 1-6). On February 17, 2016, Marten Transport removed the action, representing that Kevin Loney and State Farm were not served process prior to removal. (R. Doc. 1 at 2).

This matter was set for a scheduling conference April 21, 2016. A status report was filed on April 16, 2016 (R. Doc. 6) and Defendant's Statement Regarding Status Report was filed April 20, 2016. (R. Doc. 10). In the status report (R. Doc. 6), Plaintiff indicated that the defendant driver, Kevin Loney, remained unserved. (R. Doc. 6 at 3).

On June 16, 2016, after a review of the Court's Docket Sheet reflected that there was no service return in the record for Kevin Loney and State Farm, the court issued an order for Plaintiff to shall show cause, in writing, within fourteen (14) days, why her claims asserted against Kevin Loney and State Farm Mutual Automobile Insurance Company should not be dismissed because of her failure to serve those defendants within the time allowed by Fed. R. Civ. P. Rule 4(m). Plaintiff was advised that a failure to file a written response to this Order

1

within the time allowed may result in the dismissal of her claims against these defendants without further notice from the Court.

Fed. R. Civ. P. Rule 4(m) provides that "If a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  A review of the Court's Docket Sheet reflects there has been no response filed by Plaintiff to the Court's show cause order.  Accordingly,

**IT IS RECOMMENDED** that Plaintiff's complaint be dismissed without prejudice against Defendants Kevin Loney and State Farm Mutual Automobile Insurance Company.

Signed in Baton Rouge, Louisiana, on November 2, 2016.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

2