UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ASHLEY N. PORTER

VERSUS

KEVIN LONEY, ET AL.

CIVIL ACTION

NO. 16-100-JJB-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 2, 2016 (doc. no. 14) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the Plaintiff's complaint is DISMISSED without prejudice against Defendants Kevin Loney and State Farm Mutual Automobile Insurance Company.

Baton Rouge, Louisiana, this 28th day of November, 2016.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA